United States District Court
for the District of New Jersey

_____
                                            :
JAMES GRASSELNO                  :
                                            :
                                            :   Civil No. 08-635
         Plaintiff                      :
                                            :
                                            :
    v.                                   :
                                            :
                                            :   Order of Reassignment
FIRST UNUM LIFE INSURANCE  :
                                            :
         Defendant                   :
_____:

It is on this 3rd day of December 2008,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.


                                   S/Garrett E. Brown, Jr.
                                   Garrett E. Brown, Jr., Chief Judge
                                   United States District Court